1  LARSON • KING
   T. Joseph Snodgrass (*pro hac vice*) jsnodgrass@larsonking.com
2  2800 Wells Fargo Place
   30 East Seventh Street
3  Saint Paul, Minnesota  55101
   Telephone: 651-312-6510
4  Facsimile: 651-312-6618

5  Fulton M. Smith (SB #121017) fsmith@larsonking.com
   101 California Street, Suite 1850
6  San Francisco, California 94111
   Telephone: (415) 273-2930
7  Facsimile: (415) 273-2940

8  Attorneys for Claimants JANELLE CHRISTMAN
   AND AMY A McGHIE, REPRESENTATIVE
9  PLAINTIFFS, AND CERTAIN
   OPT IN FLSA PLAINTIFFS
10

   PAUL, HASTINGS, JANOFSKY & WALKER LLP
11 Barbara L. Johnson, Esq. (*pro hac vice* pending) barbarajohnson@paulhasings.com
   Sana Swe (SB #173024 ) sanaswe@paulhastings.com
12 55 Second Street
   Twenty-Fourth Floor
13 San Francisco, California  94105
   Telephone:  (415) 856-7000
14 Facsimile:  (415) 856-7100

15 Attorneys for Defendant,
   FPMI SOLUTIONS, INC.
16

17
                    UNITED STATES DISTRICT COURT
18
                   NORTHERN DISTRICT OF CALIFORNIA
19
                        SAN FRANCISCO DIVISION
20

21
   | JANELLE CHRISTMAN ET AL, | CASE NO. C-05-0541 MMC |
   |---|---|
   | Plaintiff, | |
   | vs. | |
   | FPMI SOLUTIONS, INC., | **JOINT STATUS REPORT REGARDING CASE RESOLUTION AND STIPULATION FOR CONTINUANCE OF MARCH 3, 2005 STATUS CONFERENCE ; ORDER THEREON** |
   | Defendant. | |

28

Case No. c-05-0541 mmc

JOINT STATUS REPORT REGARDING
CASE RESOLUTION

Pursuant to the Court's Order of January 9, 2006, the undersigned parties provide this Joint Status Report and Stipulation for Continuance of March 3, 2005 Status Conference. Defendant FPMI Solutions, Inc. (FPMI) and the Plaintiffs are close to the resolution of this case.

1.  On May 18, 2005, the parties filed a joint Stipulation and Proposed Order to Stay Proceedings Pending Arbitration. On May 18, 2005, Judge Chesney approved the Proposed Order, and the Parties proceeded to arbitration.

2.  The arbitration progressed through the notice and discovery stages. Eighty-seven (87) employees opted into the arbitration. Additionally, another party that is not a party to this litigation, Star Mountain, Inc. ("Star Mountain") was voluntarily added to the arbitration.

3.  On October 17, 2005, the parties commenced an arbitration hearing to determine, among other issues, FPMI's liability for Plaintiffs' claims under the Fair Labor Standards Act. The Arbitration proceeded before a retired Judge, the Honorable Curtis E. von Kann (Ret.), through JAMS ADR in Washington, D.C. During the arbitration hearing, all parties made detailed presentations regarding their respective positions before the Arbitrator. Each party called and examined a number of witnesses. Other witnesses had their testimony presented by deposition.

4.  Judge von Kann issued an Interim Award on November 18, 2005, finding that Plaintiffs were improperly classified and that FPMI and Star Mountain were liable for owed unpaid overtime wages, liquidated damages, attorneys' fees and costs. The Order further specified that overtime wages would be paid according to the fluctuating workweek method.

5. The parties were prepared to engage in a second phase of the Arbitration to determine the individual amounts of damages owed to the Plaintiffs, if contested, for uncompensated overtime, including travel time, as well as to determine successor liability issues. This second phase was scheduled to begin on February 6, 2006.

6. Before the February 6, 2006 hearing date, the basic terms of a settlement were reached between FPMI and the Plaintiffs for all 87 employees. It is anticipated that all 87 employees will independently execute respective settlement agreements, which will release both Defendants from liability. It is also anticipated that the settlement will be presented to the arbitrator and that he will approve the same.

7. FPMI and the Plaintiffs will also request that this Court confirm the settlement terms detailed in the arbitration consent award after the arbitrator does the same.

8. The parties anticipate filing an agreed motion to confirm the arbitration award along with a stipulation of dismissal with prejudice within thirty (30) days from the date of this stipulation. Thirty days is requested because after the settlement documents are finalized, 87 employees located throughout the United States and serving in Iraq must receive and execute the same, and then the arbitrator must approve the same.

9. For the foregoing reasons, the parties stipulate and request that the Court continue the status conference set for March 3, 2006, and only if necessary, reset the status conference for a date after April 1, 2006.

IT IS SO STIPULATED.

February 24, 2006

**LARSON • KING LLP**

By:  /s/ T. Joseph Snodgrass
T. Joseph Snodgrass (*pro hac vice*)
jsnodgrass@larsonking.com
2800 Wells Fargo Place
30 East Seventh Street
Saint Paul, Minnesota  55101
Telephone: 651-312-6510
Facsimile: 651-312-6618

Fulton M. Smith (SB #121017)
fsmith@larsonking.com
101 California Street, Suite 1850
San Francisco, California 94111
Telephone: (415) 273-2930
Facsimile: (415) 273-2940

Attorneys for Claimants JANELLE CHRISTMAN AND AMY A McGHIE, REPRESENTATIVE PLAINTIFFS, AND CERTAIN OPT IN FLSA PLAINTIFFS

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**

By:  /s/ Sana Swe
Barbara L. Johnson (*pro hac vice* pending)
barbarajohnson@paulhasings.com
Sana Swe (SB # 173024 )
sanaswe@paulhastings.com
55 Second Street
Twenty-Fourth Floor
San Francisco, California  94105
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

Attorneys for Defendant,
FPMI SOLUTIONS, INC.

1  BY THE COURT:   For good cause shown, the March 3, 2006 status conference is hereby CONTINUED to April 14, 2006 at 10:30 a.m.  The parties shall file a joint status conference statement no later than April 7, 2006.

2  IT IS SO ORDERED.

3

4  Dated this 24th day of February, 2006.

_____
Maxine M. Chesney
United States District Court