1  SANA SWE (SB# 173024) sanaswe@paulhastings.com
   BARBARA L. JOHNSON  barbarajohnson@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, California  94105
4  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
5
   Attorneys for Defendant
6  FPMI SOLUTIONS, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  JANELLE CHRISTMAN ET AL, | CASE NO. C-05-0541 MMC |
| 13         Plaintiff, | ~~(PROPOSED)~~ **ORDER GRANTING APPLICATION** |
| 14  vs. | **FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| 15  FPMI SOLUTIONS, INC., | |
| 16         Defendant. | |

17

18     Barbara L. Johnson, an active member in good standing of the bar of The District of

19  Columbia whose business address and telephone number is Paul, Hastings, Janofsky & Walker

20  LLP, 875 15th Street, NW, Washington, DC  20005, having applied in the above-entitled action

21  for admission to practice in the Northern District of California on a *pro hac* vice basis,

22  representing FPMI Solutions, Inc.,

23

24     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

25  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

26  *vice*.  Service of papers upon and communication with co-counsel designated in the application

27  will constitute notice to the party.  All future filings in this action are subject to the requirements

28

Case No. c-05-0541 mmc

contained in General Order No. 45, *Electronic case Filing.*

Dated: March 1, 2006

_____
United States District Judge
Maxine M. Chesney