SANA SWE (SB# 173024)  sanaswe@paulhastings.com
BARBARA L. JOHNSON  barbarajohnson@paulhastings.com (pro hac vice app. pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, California  94105
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

Attorneys for Defendant
FPMI SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANELLE CHRISTMAN ET AL, | CASE NO. C-05-0541 MMC |
| Plaintiff, | |
| vs. | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| FPMI SOLUTIONS, INC., | |
| Defendant. | |

The Court hereby orders that the request of:

   FPMI Solutions, Inc., Defendant, to substitute Barbara L. Johnson and Sana Swe who are retained counsel at Paul, Hastings, Janofsky & Walker LLP,  55 Second Street, 24th Floor, San Francisco, California  94105, Telephone:  (415) 856-7000, Facsimile:  (415) 856-7100, as attorney of record in place and stead of R. Daniel Beale and Louisa M. Jilcott, Ann G. Grimaldi, and Eric S. C. Lindstrom is hereby **GRANTED.**

Dated  March 1, 2006

_____
United States District Judge
Maxine M. Chesney

Case No.