1  LARSON • KING
   T. Joseph Snodgrass (*pro hac vice*) jsnodgrass@larsonking.com
2  2800 Wells Fargo Place
   30 East Seventh Street
3  Saint Paul, Minnesota  55101
   Telephone: 651-312-6510
4  Facsimile: 651-312-6618

5  Fulton M. Smith (SB #121017) fsmith@larsonking.com
   101 California Street, Suite 1850
6  San Francisco, California 94111
   Telephone: (415) 273-2930
7  Facsimile: (415) 273-2940

8  Attorneys for Claimants JANELLE CHRISTMAN
   AND AMY A McGHIE, REPRESENTATIVE
9  PLAINTIFFS, AND CERTAIN
   OPT IN FLSA PLAINTIFFS
10
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
11 Barbara L. Johnson (*pro hac vice*) barbarajohnson@paulhasings.com
   Sana Swe (SB #173024 ) sanaswe@paulhastings.com
12 55 Second Street
   Twenty-Fourth Floor
13 San Francisco, California  94105
   Telephone:  (415) 856-7000
14 Facsimile:  (415) 856-7100

15 Attorneys for Defendant,
   FPMI SOLUTIONS, INC.
16

17
                    UNITED STATES DISTRICT COURT
18
                   NORTHERN DISTRICT OF CALIFORNIA
19
                        SAN FRANCISCO DIVISION
20

21
   JANELLE CHRISTMAN ET AL,              CASE NO. C-05-0541 MMC
22
              Plaintiff,
23
        vs.
24                                        **JOINT STATUS REPORT REGARDING
   FPMI SOLUTIONS, INC.,                  CASE RESOLUTION AND STIPULATION
25                                        FOR CONTINUANCE OF APRIL 7, 2005
              Defendant.                  STATUS CONFERENCE**
26

27

28

Pursuant to the Court's Order of February 24, 2006, the undersigned parties provide this Joint Status Report and Stipulation for Continuance of the April 7, 2006 Status Conference.

1. On May 18, 2005, the parties filed a joint Stipulation and Proposed Order to Stay Proceedings Pending Arbitration. On May 18, 2005, Judge Chesney approved the Proposed Order, and the Parties proceeded to arbitration.

2. On October 17, 2005, the parties, including Star Mountain, Inc., who was voluntarily added as a defendant, commenced an arbitration hearing to determine, among other issues, FPMI's liability for Plaintiffs' claims under the Fair Labor Standards Act.

3. Judge von Kann issued an Interim Award on November 18, 2005, finding that Plaintiffs were improperly classified and that FPMI and Star Mountain were liable for owed unpaid overtime wages, liquidated damages, attorneys' fees and costs. The Order further specified that overtime wages would be paid according to the fluctuating workweek method.

4. The parties were prepared to engage in a second phase of the Arbitration to determine the individual amounts of damages owed to the Plaintiffs, if contested, for uncompensated overtime, including travel time, as well as to determine successor liability issues on February 6, 2006. Before the hearing date, the basic terms of a settlement were reached between FPMI and the Plaintiffs for all 87 employees.

5. Since the filing of the February 24, 2006 stipulation, the parties have been working diligently to finalize a consent award, and coordinate with the 87 employees who are in the process of independently executing respective settlement agreements, which will release both Defendants from liability. Both the consent award and settlement agreements will be presented to the arbitrator by April 7, 2006 for his approval.

6. Afterwards, FPMI and the Plaintiffs anticipate filing an agreed motion to confirm the arbitration award along with a stipulation of dismissal to the Court by April 21, 2006.

7. For the foregoing reasons, the parties stipulate and request that the Court continue the status conference set for April 7, 2006, and only if necessary, reset the status conference for a date after April 21, 2006.

IT IS SO STIPULATED.

April 5, 2006   **LARSON • KING LLP**

By: ___/s/ T. Joseph Snodgrass_____
T. Joseph Snodgrass (*pro hac vice*)
jsnodgrass@larsonking.com
2800 Wells Fargo Place
30 East Seventh Street
Saint Paul, Minnesota  55101
Telephone: 651-312-6510
Facsimile: 651-312-6618

Fulton M. Smith (SB #121017)
fsmith@larsonking.com
101 California Street, Suite 1850
San Francisco, California 94111
Telephone: (415) 273-2930
Facsimile: (415) 273-2940

Attorneys for Claimants JANELLE CHRISTMAN AND AMY A McGHIE, REPRESENTATIVE PLAINTIFFS, AND CERTAIN OPT IN FLSA PLAINTIFFS

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**

By: ___/s/ Barbara L. Johnson_____
Barbara L. Johnson (*pro hac vice*)
barbarajohnson@paulhasings.com
Sana Swe (SB # 173024 )
sanaswe@paulhastings.com
55 Second Street
Twenty-Fourth Floor
San Francisco, California  94105

Case No. c-05-0541 mmc   -3-   JOINT STATUS REPORT REGARDING CASE RESOLUTION

1  
2  Telephone: (415) 856-7000  
   Facsimile: (415) 856-7100  
3  Attorneys for Defendant,  
   FPMI SOLUTIONS, INC.  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Case No. c-05-0541 mmc        -4-        JOINT STATUS REPORT REGARDING CASE RESOLUTION

1  BY THE COURT:

2  IT IS SO ORDERED.  For good cause shown, the April 14, 2006 case management conference is hereby continued to April 28, 2006 at 10:30 a..m.

3

Dated this  6th day of April, 2006.

4
_____
Maxine M. Chesney

5  United States District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28